UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| JAMES RAHEEM RAINS #850456, )<br>  Plaintiff, )<br> )<br>v. )<br> )<br>HEIDI WASHINGTON, *et al.*, )<br>  Defendants. )<br>_____ ) | No. 2:20-cv-32<br><br>Honorable Paul L. Maloney |

## ORDER ADOPTING REPORT & RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a motion for injunctive relief, and Defendants filed a motion for summary judgment. The matter was referred to Magistrate Judge Maarten Vermaat, who issued a Report and Recommendation on February 10, 2022, recommending that this Court deny Plaintiff's motion for injunctive relief, grant summary judgment as to Defendants DD Bush, HUM Hill, HUS Monville, and RN Lamb, and deny summary judgment as to SAC Adamson and Dietician Willard. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Court **ADOPTS** the Report and Recommendation (ECF No. 49) as the Opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's motion for a preliminary injunction and for a temporary restraining order (ECF No. 37) is **DENIED.**

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 43) is **GRANTED** as to the claims against Defendants DD Bush, HUM Hill, HUS

Monville, and RN Lamb, and it is **DENIED** as to the claims against SAC Adamson and Dietician Willard.

    **IT IS SO ORDERED.**

Date: March 22, 2022                      /s/ Paul L. Maloney
                                                          Paul L. Maloney
                                                          United States District Judge