UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| JAMES RAINS, #850456, )<br>　　　　Plaintiff, )<br> )<br>v. )<br> )<br>KELLY WELLMAN, *et al.*, )<br>　　　　Defendants. )<br> ) | No. 2:20-cv-32<br><br>Honorable Paul L. Maloney |

## JUDGMENT

This Court has resolved all pending claims in this lawsuit. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:  January 27, 2023                                    /s/ Paul L. Maloney
                                                                           Paul L. Maloney
                                                                           United States District Judge